brief as *amici curiae* granted. Certiorari denied.

No. 00–1589. SIENKIEWICZ *v.* HART ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 99–1864. EASLEY, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* CROMARTIE ET AL., *ante*, p. 234;

No. 99–1865. SMALLWOOD ET AL. *v.* CROMARTIE ET AL., *ante*, p. 234;

No. 00–7280. MURPHY *v.* DUCKWORTH, WARDEN, *ante*, p. 944;

No. 00–7856. PHIPPS *v.* WASHINGTON, *ante*, p. 926;

No. 00–8547. LOPEZ-REVI *v.* UNITED STATES, *ante*, p. 950;

No. 00–8563. COLEMAN *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 979;

No. 00–8653. SMITH *v.* WASHINGTON, *ante*, p. 981; and

No. 00–8796. MCCALL *v.* UNITED STATES, *ante*, p. 982. Petitions for rehearing denied.

No. 00–8633. MCSHEFFREY *v.* UNITED STATES, *ante*, p. 952. Motion for leave to file petition for rehearing denied.

JUNE 10, 2001

No. 00A1081. MINERD *v.* UNITED STATES. Application for stay of the writ of mandamus issued by the United States Court of Appeals for the Third Circuit, presented to JUSTICE SOUTER, and by him referred to the Court, denied.